**Order entered January 2, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01145-CV

### YYP GROUP, LTD. AND GEORGE KIMELDORF, Appellants

### V.

### AARON C. MCKNIGHT, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02682-B**

## ORDER

Before the Court are appellants' December 17, 2019 letter noting the reporter's record is overdue and appellee's counsel's December 18, 2019 motion for leave to withdraw. We **GRANT** the motion to withdraw and **DIRECT** the Clerk of the Court to remove Rachel Khirallah as counsel for appellee. All future communications with appellee shall be directed to

Aaron C. McKnight
3624 Shenandoah
Dallas, Texas 75205
(214) 533-9912.

As for the reporter's record, we **ORDER** court reporter LaToya Young-Martinez to file the record **no later than January 10, 2020.** As this is an accelerated appeal and the Court has twice extended the deadline for filing the record, *we caution that failure to comply may result in*

*the Court ordering Ms. Young-Martinez to not sit as a reporter until the reporter's record is filed.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Melissa Bellan, Presiding Judge of County Court at Law No. 2; Ms. Young-Martinez; and, the parties.


/s/     BILL WHITEHILL
        JUSTICE